IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | C.A. No. 14-156-LPS |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Data Carriers LLC ("Plaintiff") and Defendant Valve Corporation ("Valve") have resolved Plaintiff's claims for relief against Valve and Valve's counterclaims for relief against Plaintiff asserted in this case;

NOW, THEREFORE, Plaintiff and Valve, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Valve with prejudice and Valve's counterclaims for relief against Plaintiff without prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

August 12, 2014

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Stephen B. Brauerman | /s/ Bindu A. Palapura |
| Richard D. Kirk (rk0922) | Richard L. Horwitz (#2246) |
| Stephen B. Brauerman (sb4952) | David E. Moore (#3983) |
| Vanessa R. Tiradentes (vt5398) | Bindu A. Palapura (#5370) |
| 222 Delaware Avenue, Suite 900 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| (302) 655-5000 | Wilmington, DE 19801 |
| rkirk@bayardlaw.com | Tel: (302) 984-6000 |
| sbrauerman@bayardlaw.com | rhorwitz@potteranderson.com |
| vtiradentes@bayardlaw.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Attorneys for Plaintiff Data Carriers LLC* | *Attorneys for Defendant Valve Corporation* |